[No. 14918-1-I. Division One. January 27, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. WILLIE BYRON WARREN, JR., *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 82-1-03796-2, Richard M. Ishikawa, J.,

entered June 14, 1984. *Affirmed* by unpublished opinion per Webster, J., concurred in by Swanson and Ringold, JJ.